UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 20-2666 JGB (PVCx)** | Date | January 12, 2022 |
|---|---|---|---|
| Title | *Orlando Garcia v. Patel and Joshi Hospitality Corp.* | | |

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   Order to Show Cause for Failure to Prosecute (IN CHAMBERS)

     Under Federal Rule of Civil Procedure 12, a defendant must answer a complaint within 14 days after the Court denies a motion.  Fed. R. Civ. P. 12(a)(4)(A).  On May 7, 2021, the Court denied Defendant Patel and Joshi Hospitality Corp.'s motion for reconsideration.  (Dkt. No. 16.) Since then, Defendant has not yet answered the complaint.

     Accordingly, the Court, on its own motion, orders Plaintiff Orlando Garcia to show cause in writing on or before **January 18, 2022**, why this action should not be dismissed as to the applicable defendants for lack of prosecution.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the Court finds that this matter is appropriate for submission without oral argument. The Order to Show Cause will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by the Plaintiff is due.

    **IT IS SO ORDERED.**